Beulah S. Wineberg, Defendant in Error, v. Telzer Unterstitzungs Verein, Plaintiff in Error.

Gen. No. 22,232.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN STELK, Judge, presiding. Heard in this court at the March term, 1916. Affirmed. Opinion filed July 2, 1917.

## Statement of the Case.

Action by Beulah S. Wineberg, plaintiff, against Telzer Unterstitzungs Verein, a corporation, defendant, to recover for a death benefit and funeral expenses because of the death of her husband, Joe Wineberg, a member of defendant order. From a judgment for plaintiff for $135, defendant brings error.

CHARLES L. COHNS and ZOLINE & LEVINSON, for plaintiff in error; MORRIS K. LEVINSON, of counsel.

JESSE LOWENHAUPT and CHARLES LEVITON, for defendant in error.

MR. JUSTICE McSURELY delivered the opinion of the court.

## Abstract of the Decision.

1. INSURANCE, § 782*—*when notice is necessary to render member of benefit society in arrears.* The sending of notice by a mutual benefit society to a member that he is in arrears, under a by-law providing that if a member has failed to pay his dues for three months the secretary shall give him notice and if he does not pay up at the next meeting he shall be deemed to be in arrears, is a condition precedent to a member being in arrears.

2. INSURANCE, § 782*—*what may not be considered in determining whether member of benefit society is in arrears.* Items charged against a member of a benefit society, one of which had been car-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

ried over from some previous time, and the nature of which is not disclosed, also an assessment the nature of which is not explained nor its regularity proven, and an item for ball tickets, cannot be considered in determining whether the member is in arrears under a by-law providing that a member, who shall fail to pay his monthly dues for three months, shall after certain notice and failure to pay such dues, be deemed to be in arrears.

## Jacob P. Maihofer, Plaintiff in Error, v. Elizabeth Maihofer, Defendant in Error.

### Gen. No. 22,592. (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. GEORGE KERSTEN, Judge, presiding. Heard in this court at the March term, 1917. Affirmed. Opinion filed July 2, 1917.

### Statement of the Case.

Bill by Jacob P. Maihofer, complainant, against Elizabeth Maihofer, defendant, for divorce on the ground of desertion, and cross-bill by defendant for divorce on ground of desertion. From a decree dismissing the bill and cross-bill, complainant brings error.

FRANCIS E. CROARKIN, for plaintiff in error.

JOSEPH C. PISHA, for defendant in error.

MR. JUSTICE MCSURELY delivered the opinion of the court.

### Abstract of the Decision.

DIVORCE, § 48*—*when evidence insufficient to show desertion of husband by wife without cause.* On a bill by a husband for divorce

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.